572

*Stanford Shmukler,* with him *Morton Witkin,* for appellant.

*Peter W. Brown,* Assistant Attorney General, with him *J. Shane Creamer,* Attorney General, for appellees.

OPINION PER CURIAM, June 28, 1971:
Appeal dismissed.
Mr. Justice JONES took no part in the consideration or decision of this case.

Commonwealth *v.* Vladyka, Appellant.

Submitted January 5, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Thomas S. McCready,* Public Defender, for appellant.

*James A. Wimmer,* Assistant District Attorney, and *John Deutsch,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 15, 1971:
The appeal is transferred to the Commonwealth Court.

## Sturdevant, Appellant, *v.* Dalton Sewer Authority.

Submitted July 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*William Zacharellis,* for appellant.

*John J. Dunn,* and *Shearer, Mette & Hoerner,* for appellee.

OPINION PER CURIAM, August 10, 1971:
Decree of April 30, 1971 vacated. The matter is remanded to the court below with instructions to im-